IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV465

| | |
|---|---|
| EVERETT FRANK MAUNEY )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES, )<br>    Defendant. )<br>_____) | ORDER |

This matter is before the court upon the Defendant's Motion to Dismiss. The *pro se* Plaintiff has responded, but has failed to address Defendant's Rule 12(b)(6) motion. It appears to the court that this action is subject to dismissal pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is hereby GRANTED.

Signed: March 20, 2006

Graham C. Mullen
United States District Judge